IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02098-MEH

JOHN GOLDSMITH, individually and on behalf of all others similarly situated and derivatively on behalf of other Kodiak Oil & Gas Corporation,

     Plaintiff,

v.

WILLIAM J. KRYSIAK,
RODNEY D. KNUTSON,
HERRICK K. LIDSTONE, JR.,
LYNN A. PETERSON,
JAMES E. CATLIN,
JAMES P. HENDERSON,
WHITING PETROLEUM CORPORATION,
1007695 B.C. LTD. and
KODIAK OIL & GAS CORPORATION,

     Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 3, 2014.**

     Pursuant to the consent form filed by the Defendants **declining** consent under the Pilot Project (docket #15), the Court directs the Clerk of the Court to reassign this case under D.C. Colo. LCivR 40.1(a).  This Court may continue on the case to hear matters referred by the district judge under 28 U.S.C. § 636(b), Fed. R. Civ. P. 72 and D.C. Colo. LCivR 72.1(c).